IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL A. COLEMAN, | ) |
| | ) |
|      **Plaintiff,** | ) |
| | )      **4:08CV3198** |
| vs. | ) |
| | )      **MEMORANDUM AND ORDER** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| | ) |
|      **Defendant.** | ) |

Defendant has filed a Motion to Reverse and Remand (Doc. 20) because the record is incomplete, precluding proper judicial review. The motion is unopposed.

**IT IS ORDERED** that defendant's Motion (Doc. 20) is granted, as follows:

    1. The final decision of the Commissioner is reversed, and this matter is remanded pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g)[1], for a *de novo* hearing before an Administrative Law Judge. The Administrative Law Judge shall conduct a *de novo* hearing and issue a new decision. Plaintiff shall be afforded the opportunity to appear and present new evidence at the hearing.

    2. Judgment will be entered separately pursuant to Fed. R. Civ. P. 56.

**DATED May 29, 2009.**

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**

---

[1] Sentence four of 42 U.S.C. § 405(g) provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."